Docusign Envelope ID: 33FB6E05-2979-8D36-8920-2A298367EAD2

<table>
<tr><td><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

Southern District of Texas   ▾

Case number (*If known*): _____ Chapter 15

☐ Check if this is an amended filing

## Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding   12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).**

**1. Debtor's name**

Energera America Inc. f/k/a Frac Shack America Inc.

**2. Debtor's unique identifier**

**For non-individual debtors:**

☑ Federal Employer Identification Number (EIN)   4  5 –4  0  9  0  0  2  6

☐ Other _____. Describe identifier _____.

**For individual debtors:**

☐ Social Security number:   xxx – xx– ____ ____ ____ ____

☐ Individual Taxpayer Identification number (ITIN):  **9** xx – xx – ____ ____ ____ ____

☐ Other _____. Describe identifier _____.

**3. Name of foreign representative(s)**

Alvarez & Marsal Canada Inc., solely in its capacity as Receiver and Manager

**4. Foreign proceeding in which appointment of the foreign representative(s) occurred**

Court of King's Bench of Alberta, File No. 2603-02889, Edmonton Judicial Center

**5. Nature of the foreign proceeding**

*Check one:*

☐ Foreign main proceeding
☐ Foreign nonmain proceeding
☑ Foreign main proceeding, or in the alternative foreign nonmain proceeding

**6. Evidence of the foreign proceeding**

☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
Certified Copy of the Consent Receivership Order dated March 17, 2026, attached as Exhibit 1 to Verified Petition.

**7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)

☑ Yes

| Debtor | Energera America Inc. f/k/a Frac Shack America | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

**8. Others entitled to notice**

Attach a list containing the names and addresses of:

(i)    all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii)   all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii)  all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

**Country where the debtor has the center of its main interests:**

Canada

**Debtor's registered office:**

800 North State St Suite 304
Number          Street

_____
P.O. Box

Dover                          DE      19901
City          State/Province/Region      ZIP/Postal Code

USA
Country

**Individual debtor's habitual residence:**

_____
Number          Street

_____
P.O. Box

_____
City     State/Province/Region     ZIP/Postal Code

_____
Country

**Address of foreign representative(s):**

Bow Valley Square 4
Number          Street

Suite 1110, 250 6th Avenue SW
P.O. Box

Calgary AB T2P 3H7
City          State/Province/Region      ZIP/Postal Code

Canada
Country

**10. Debtor's website** (URL)

www.energera.com; www.alvarezandmarsal.com/Energera

**11. Type of debtor**

*Check one:*

☑   Non-individual (*check one*):

☑   Corporation.  Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

☐   Partnership

☐   Other.  Specify: _____

☐   Individual

Docusign Envelope ID: 33FB6E05-2979-8D36-8920-2A298367EAD2

| Debtor | Energera America Inc. f/k/a Frac Shack America | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

**12. Why is venue proper in *this district*?**

Check one:

☐ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____.

☑ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

See Verified Petition _____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _Orest Konowalchuk_ _____
Signature of foreign representative

*Alvarez & Marsal Canada Inc., in its capacity as court-appointed Receiver of Debtors, and not in its personal or corporate capacity*

Orest Konowalchuk, Sr. Vice President

Executed on   3/30/2026
MM / DD / YYYY

✗ _____          _____
Signature of foreign representative                    Printed name

Executed on   _____
MM / DD / YYYY

**14. Signature of attorney**

✗ /s/ John D. Cornwell _____          Date   3/30/2026
Signature of Attorney for foreign representative          MM / DD / YYYY

John D. Cornwell _____
Printed name

Munsch Hardt Kopf & Harr, P.C. _____
Firm name

700 Milam St., Suite 800 _____
Number          Street

Houston _____          TX          77002 _____
City                                                      State          ZIP Code

(713) 222-1470 _____          jcornwell@munsch.com _____
Contact phone                                      Email address

24050450 _____          TX _____
Bar number                                         State

Official Form 401          Chapter 15 Petition for Recognition of a Foreign Proceeding          page 3