**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re:<br><br>ENERGERA, INC. (F/K/A FRAC SHACK INC.),<br><br>Debtor in a Foreign Proceeding. | § § § § § § § § § | Chapter 15 Case<br><br>Case No. 26-90433 (ARP)<br><br>(Joint Administration Requested) |
| In re:<br><br>ENERGERA AMERICA INC. (F/K/A FRAC SHACK AMERICA INC.),<br><br>Debtor in a Foreign Proceeding. | § § § § § § § § | Chapter 15 Case<br><br>Case No. 26-90434 (ARP)<br><br>(Joint Administration Requested) |
| In re:<br><br>SANDTINEL LLC,<br><br>Debtor in a Foreign Proceeding. | § § § § § § § § § | Chapter 15 Case<br><br>Case No. 26-90435 (ARP)<br><br>(Joint Administration Requested) |

**STATEMENT OF FOREIGN REPRESENTATIVE**

Alvarez & Marsal Canada Inc., solely in its capacity as court-appointed receiver, manager, and authorized foreign representative ("Receiver" or "Foreign Representative") of Energera, Inc. (formerly known as Frac Shack, Inc.) ("Energera"); Energera America Inc. (formerly known as Frac Shack America Inc.) ("Energera America"); and Sandtinel LLC ("Sandtinel," and collectively with Energera and Energera America, the "Debtors") pursuant to the *Consent Receivership Order*

1

dated and pronounced on March 17, 2026 (the "Receivership Order") was entered by the Court of King's Bench of Alberta in Judicial Centre of Edmonton, Alberta, Canada, Court File No. 2603-02889 (the "Canadian Court" and the "Canadian Proceeding"), pending under Canada's *Bankruptcy and Insolvency Act* ("BIA"), respectfully submits the following *Statement of Foreign Representative* (the "Statement").

### A.      Corporate Ownership Statements Pursuant to Rule 7007.1

1.      Van Vliet Investments Inc. (58.58%) and Vanterra Management Ltd. (41.08%), each a Canadian corporation, are the more than 10% owner(s) of Energera, a Canadian corporation.

2.      Energera is the direct 100% owner of Energera America, a Delaware corporation.

3.      Energera America is the direct 100% owner of Sandtinel LLC, a Delaware LLC.

### B.      Administrator in a Foreign Proceeding Respecting the Debtors

2.      The name and address of the administrator in the Canadian Proceeding is as follows:

> Alvarez & Marsal Canada, Inc., *Solely in its Capacity*
> *as Court-Appointed Receiver and Manager of the Debtors*
> c/o Orest Konowalchuk, Senior Vice President
> Bow Valley Square IV
> Suite 1110, 250 6th Avenue SW,
> Calgary, AB T2P 3H7
> Canada

### C.      Litigation in the United States in which the Debtors are a Party

3.      As of the filing of the Debtors' chapter 15 petition, a list of the known pending litigation involving the Debtors is attached to the Verified Petition as **Exhibit 2**.

**D.**       <u>**Entities Against Whom Provisional Relief is Sought Under 11 U.S.C. § 1519**</u>

4.       The Receiver seeks provisional relief to the fullest extent permitted under section 1519 of the Bankruptcy Code, including against all parties listed on **Exhibit A** attached hereto.

**E.**       <u>**Canadian Proceeding**</u>

5.       A certified copy of the Receivership Order is attached as **Exhibit 1** to the Verified Petition and can also be downloaded free of charge at Alvarez & Marsal Canada Inc.'s website: https://www.alvarezandmarsal.com/Energera and is incorporated herein for all purposes. Energera International Inc. (formerly known as Frac Shack International Inc.) ("<u>Energera International</u>") is a Canadian entity that is also part of the Canadian Proceeding and subject to the Receivership Order, but is not a chapter 15 debtor.

[Remainer of page intentionally left blank.]

## DECLARATION

I, Orest Konowalchuk, by and on behalf of the Receiver, declare under penalty of perjury that I have read the foregoing Statement and it is true and correct to the best of my information and belief.

Respectfully submitted this 30th day of March, 2026.

> *Alvarez & Marsal Canada Inc., in its capacity as court-appointed Receiver of Debtors, and not in its personal or corporate capacity*

By: _____

Orest Konowalchuk,
Senior Vice President

**EXHIBIT A**